# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

2004 Cadillac, SRX, 4Door, DC Registration-CK5875

**SEARCH WARRANT**

CASE NUMBER: 06 - 112 - M - 01

TO: Bureau of Alcohol, Tobacco, Firearms and Explosives, or any other law enforcement official and any Authorized Officer of the United States

Affidavit having been made before me by Special Agent Frank L. Oliver who has reason to believe that on the person known as (name, description and or location)

2004 Cadillac, SRX, 4Door, DC Registration-CK5875,
Black in color.

in the District of Columbia, there is now concealed certain property, namely (describe the person or property)

all narcotics, paraphernalia, books, papers and records evidencing the distribution of narcotics, assets derived from the proceeds of narcotic trafficking, proof of ownership or occupancy of premises and/or illegal weapons, which is in violation of the Title 21 of the United States Code, Section 841(a) (1)

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the property so described is now concealed on premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before  3/24/06
                                                   Date
(not to exceed 10 days) the place named above for the property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) and if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to the U.S. Magistrate Judge, as required by law.

MAR 14 2006    at Washington, D.C.
Date and Time Issued

_John Facciola_ (signature)
United States Magistrate Judge
Signature of Judicial Officer

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>3/14/06 | DATE AND TIME WARRANT EXECUTED<br>3/23/06   0811 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>James Brown |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Nothing

FILED
MAR 2 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*Frank O. Irwin*

Subscribed, sworn to, and returned before me this date.

_____   3/23/06
U.S. Judge or Magistrate         Date